IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRENDA DRAKE, on behalf of herself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| | : : | CIVIL ACTION NO. 1:19-CV-1746-LMM |
| v. | : : : | |
| FIRSTKEY HOMES, LLC, | : : : | |
| Defendant. | : : | |

## **ORDER**

This case comes before the Court on Defendant FirstKey Homes LLC's Motion to Stay [58]. Defendant raises two grounds in support of a stay. First, Defendant argues that an issue central to this case will soon be decided by the Supreme Court. And second, Defendant notes that the COVID-19 pandemic has continued to impact the country, making discovery infeasible. Plaintiff opposes Defendant's requested stay. Dkt. No. [61].

Defendant's Motion to Stay [58] is **DENIED**. The Court notes that the Supreme Court will recess at the end of June and will likely issue its decision in Barr v. American Association of Political Consultants, Case No. 19-631, in the next four days. See The Court and Its Procedures, supremecourt.gov, https://www. supremecourt.gov/about/procedures.aspx. A stay in this case

would have little benefit. If the decision in <u>Barr</u> resolves a legal issue this case, Defendant should file a status report or motion notifying the Court accordingly.

Nor will the Court approve a stay because of the ongoing pandemic. Recent increases in COVID-19 case numbers suggest that the disease will continue to impact the United States in the months ahead. The Court expects the parties to do everything possible—including relying on video- and teleconferencing technologies if practicable—to advance discovery and move towards a resolution of this case. If the parties need additional discovery extensions or accommodations, they can request them for the Court. A wholesale stay is not warranted at this time.

**IT IS SO ORDERED** this 25th day of June, 2020.

**Leigh Martin May**
**United States District Judge**