IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRENDA DRAKE, *on behalf of herself*
*and all others similarly situated,*

    Plaintiff,
v.                                         CIVIL ACTION NO.
                                              1:19-cv-01746-LMM

FIRSTKEY HOMES, LLC,

    Defendant.

## **ORDER**

On November 9, 2020, the parties in this matter notified that Court that they have reached a settlement and that they intend to file a dismissal upon finalization of the settlement documents. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within THIRTY (30) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 9th day of November, 2020.

                                                        LEIGH MARTIN MAY
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.