# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRENDA DRAKE, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) FIRSTKEY HOMES LLC, ) ) Defendant. ) | Case No. 1:19-CV-1746-LMM<br>Hon. Leigh M. May |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brenda Drake and Defendant FirstKey Homes LLC (together, "Parties"), by and through their respective counsel, hereby stipulate that Plaintiff's claims are dismissed ***with prejudice*** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Jointly stipulated and submitted this 20th day of November, 2020:

| | |
|---|---|
| By: */s/ Gary M. Klinger*<br>Gary M. Klinger<br>Mason Lietz & Klinger LLP<br>221 W. Monroe Street, Ste. 2100<br>Chicago, Illinois 60606<br>Phone: (202) 975-0477<br>Email: gklinger@masonllp.com<br><br>*Counsel for Plaintiff Brenda Drake* | */s/ Livia M. Kiser*<br>Livia M. Kiser, Esq.<br>King & Spalding LLP<br>353 N. Clark Street, 12th Floor<br>Chicago, IL 60654<br>Phone: (312) 764-6911<br>Email:  lkiser@kslaw.com<br><br>*Counsel for Defendant FirstKey Homes LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of November, 2020, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, thereby automatically sending e-mail notification of such filing to all attorneys of record in this action.

                                                  /s/ Gary M. Klinger
                                                  Gary M. Klinger (*pro hac vice*)